# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2015

149599(92)

BANK OF AMERICA, N.A.,
          Plaintiff-Appellant,

v

FIRST AMERICAN TITLE INSURANCE
COMPANY, PATRIOT TITLE AGENCY, KIRK
D. SCHIEB, WESTMINSTER ABSTRACT
COMPANY, WESTMINSTER TITLE AGENCY,
INC., PRIME FINANCIAL GROUP, INC.,
VALENTINO M. TRABUCCHI, PAMELA S.
NOTTURNO, f/k/a PAMELA S. SIIRA,
DOUGLAS K. SMITH, JOSHUA J. GRIGGS,
STATE VALUE APPRAISALS, LLC, NATHAN
B. HOGAN, and CHRISTINE D. MAYS,
          Defendants-Appellees,
and

FRED MATSON, MICHAEL LYNETT, JO KAY
JAMES, and PAUL SMITH,
          Defendants.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149599
COA: 307756
Oakland CC: 2010-112606-CK

       On order of the Chief Justice, the motion of the American Land Title Association to participate as amicus curiae is GRANTED. An amicus brief will be accepted for filing if submitted on or before April 29, 2015.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      April 21, 2015               

                                        Clerk